

Priya K. Pasricha
*Associate*
Direct (646) 539-3732
Fax (212) 655-3535
pkp@msf-law.com

September 6, 2022

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: September 8, 2022

VIA ECF

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 705
New York, New York 10007

Re:   *United States v. Roman Israilov*, 22-cr-20 (PGG)

Dear Judge Gardephe:

We write on behalf of defendant Roman Israilov in the above-referenced matter to respectfully request the temporary modification of his conditions of pretrial release to permit him to travel to Las Vegas, Nevada for an exposition fair from September 13, 2022 to September 16, 2022.

We have discussed this request with the government (AUSA Andrews) and Pretrial Services (Officer Gialanella) who do not object to the proposed modification.

Respectfully Submitted,

       /s/ PKP
Priya K. Pasricha
Henry E. Mazurek
Jason I. Ser
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Roman Israilov*

cc:   Counsel of Record (*via ECF*)