UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ROMAN ISRAILOV,

              Defendant.

**ORDER**

22 Cr. 20 (PGG-2)

PAUL G. GARDEPHE, U.S.D.J.:

        In an October 3, 2023 order, this Court directed each Defendant to "submit a letter by October 6, 2023 stating whether any person other than the Defendant is paying their attorney's fees in this matter."  (Dkt. No. 296)

        In an October 6, 2023 letter on the public docket, Defendant Roman Israilov states that "Mr. Israilov's legal fees have been paid, at least in part, by funds raised from third-party benefactors within his community."  (Dkt. No. 311)

        In an October 17, 2023 sealed letter, submitted to this Court via fax, Israilov reveals the names of his benefactors, and requests to maintain the letter under seal, to which the Government consents.  (Oct. 17, 2023 Israilov Sealed Ltr.)

        Israilov's purported basis for sealing is unintelligible, and in any event provides no basis for sealing.  Accordingly, the application to seal is denied.  Israilov is directed to file the letter on the public docket by **October 24, 2023**.

A <u>Curcio</u> hearing will be held on **Wednesday, October 25, 2023 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

A change-of-plea hearing will be held on **Wednesday, November 1, 2023 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 20, 2023

SO ORDERED.

*Paul S. Gardephe*
———————————————
Paul G. Gardephe
United States District Judge