UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROMAN ISRAILOV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government's response to Viktoria Shakarova's petition pursuant to 21 U.S.C. § 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure (Dkt. No. 408) is due **April 26, 2024**.

Dated: New York, New York
       April 19, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge