UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROMAN ISRAILOV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A hearing pursuant to United States v. Fatico, 603 F.2d 1053 (2d Cir. 1979), will be held in this matter on **May 23, 2024, at 3:00 p.m.** to address "the medical necessity of physical therapy, chiropractic care, and acupuncture" provided to patients in this case. (Govt. Sentencing Br. (Dtk. No. 477) at 9 n.3)  The hearing will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The Defendant's sentencing hearing is adjourned from May 23, 2024, at 3:00 p.m. to **May 29, 2024, at 4:00 p.m.**

Dated: May 17, 2024
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge