

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2024

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Roman Israilov*,
            22 Cr. 20 (PGG)

Dear Judge Gardephe:

      The parties have conferred about the Court's request for a *Fatico* hearing. The parties have agreed to stipulate that the majority of physical therapy, acupuncture, and chiropractic treatment at issue were medically unnecessary. The parties believe that this stipulation obviates the need for a *Fatico* hearing and respectfully request that the Court hold sentencing at its originally scheduled time on May 23, 2024 at 3pm.

                              Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

            By:         /s/
                     MATHEW ANDREWS
                     Assistant United States Attorney
                     Tel.  (212) 637-6526

MEMO ENDORSED

The Application is granted.
SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: May 20, 2024