UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROMAN ISRAILOV,

      Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   As stated at the Defendant's sentencing, the Court's determination as to the Defendant's restitution obligation is deferred to **July 22, 2024**. The Government's submission regarding restitution is due by **June 24, 2024**. The Defendant's response is due by **July 8, 2022**.

Dated: May 23, 2024
   New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge