

*Jason I. Ser*
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

September 27, 2024

<u>VIA ECF</u>

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 705
New York, New York 10007

  Re: *United States v. Roman Israilov*, 22-cr-20 (PGG)

Dear Judge Gardephe:

  We write on behalf of defendant Roman Israilov in the above-referenced matter to respectfully request that the Court modify the self-surrender date identified in the Judgment of conviction. The Judgment orders that Mr. Israilov surrender for service of sentence at the institution designated by the Bureau of Prison before 2:00 p.m. on September 30, 2024. Mr. Israilov asks the Court to extend this deadline by one week and allow him to self-surrender before 2:00 p.m. on October 7, 2024.

  Mr. Israilov is ill and is recovering from Pneumonia, which his treating physician diagnosed on September 8, 2024, according to the attached doctor's letter (indicating S/p PNA). Physicians administered intravenous antibiotics, among other things, but Mr. Israilov remains sick with a sore throat, nasal congestion, ear pain, and a mildly productive white cough. According to the letter, physicians administered additional intravenous therapy and prescribed another round of antibiotics (a Z-pack). To allow Mr. Israilov to overcome his illness through this second round of antibiotics, and to avoid making others sick, we ask the Court to extend his self-surrender date one week to October 7, 2024. Mr. Israilov agrees not to seek any additional extensions of this deadline.

We have discussed this request with the government (AUSA Ryan Allison) and Pretrial Services (Natasha Remesar). The government takes no position on the instant request. Pretrial Services has no objection to this request and informs us that Mr. Israilov has been in overall compliance with the conditions of his release.

Respectfully Submitted,

/s/ JIS

Henry E. Mazurek
Jason I. Ser
Meister Seelig & Fein PLLC
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Roman Israilov*

cc: Counsel of Record (*via ECF*)
Pretrial Services (*via email*)

**MEMO ENDORSED**: The application is granted. No further extensions of the surrender date will be granted.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Date: September 27, 2024