

*Jason I. Ser*
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

October 14, 2024

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 705
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

/s/ Paul S. Gardephe

**Paul G. Gardephe, U.S.D.J.**

Date: October 15, 2024

      Re:    *United States v. Roman Israilov*, **22-cr-20 (PGG)**

Dear Judge Gardephe:

      We write on behalf of defendant Roman Israilov in the above-referenced matter to respectfully request that the Court exonerate Mr. Israilov's bond and order Pretrial Services to release Mr. Israilov's passport. Consistent with the Court's directive, and as confirmed to me on Friday, October 11, 2024, by an official with the Bureau of Prisons' Federal Correctional Institution (FCI) at Otisville, Mr. Israilov surrendered directly to FCI Otisville (his designated facility) on Monday, October 7, 2024. The government has no objection to this request.

      Respectfully Submitted,

      /s/
      Henry E. Mazurek
      Jason I. Ser
      Meister Seelig & Fein LLP
      125 Park Avenue, Suite 700
      New York, New York 10017

      *Counsel for Defendant Roman Israilov*

cc: Counsel of Record (*via ECF*)
    Pretrial Services (*via email*)