

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

Jacob K. Javits Federal Building
26 Federal Plaza, 38th Floor
New York, New York 10278

November 1, 2024

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Roman Israilov,*
     **22 Cr. 20 (PGG)**

Dear Judge Gardephe:

  The parties write jointly to file a status report regarding the third-party Petition of Viktoria Shakarova. The parties' discussions about a proposed resolution are ongoing. The Government has been reviewing extensive records provided by counsel and conferring internally with specialists in asset forfeiture. Asset forfeiture proceedings, should they proceed, will be time intensive for all parties involved, including the Court. The parties' discussions, if successful, could lead to a negotiated resolution that would obviate the need for further litigation. The parties accordingly respectfully propose December 2, 2024 for the date of the next status report.

               Respectfully submitted,

               DAMIAN WILLIAMS
               United States Attorney for
               the Southern District of New York

           By:  /s/
              Mathew Andrews / Tim Capozzi /
              Qais Ghafary
              Assistant United States Attorneys
              (212) 637-6526

cc: Counsel of record (by ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 4, 2024